No. 99–6779. CRUZ v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 99–6783. HEMMERLE v. BAKST. C. A. 11th Cir. Certiorari denied.

No. 99–6784. GRAY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–6788. GRIESENBECK v. CURRY, JUDGE, 73RD DISTRICT COURT, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6791. GATLIN v. MADDING, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6792. RELIFORD v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 99–6801. HARPER v. SPARKMAN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–6802. HILL v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–6805. FORTNER v. DEES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–6809. WRIGHT v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–6815. BRAXTON v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 99–6816. BRYANT v. VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–6817. LAMBERT v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–6822. SPITERI v. GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–6823. BOWMAN v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.